**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SHELLEY VANSICKLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 20-CIV-247-RAW-GLJ** |
| | ) | |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |

**ORDER**

Before the court is the Report and Recommendation (R&R) issued by United States Magistrate Judge Gerald L. Jackson [Docket No. 36] on Plaintiff's Amended Motion for Attorney Fees Pursuant 42 U.S.C. § 406(b) [Docket No. 27] requesting the court approve an attorney's fee of $17,019.75. Magistrate Judge Jackson found that Plaintiff's Amended Motion for Attorney Fees Pursuant 42 U.S.C. § 406(b) [Docket No. 27] should be granted and claimant's attorney should be awarded $17,019.75 in reasonable attorney fees. No objection has been filed.

This court finds that the R&R is well supported. Magistrate Jackson correctly determined that claimant's attorney should be awarded $17,019.75 in attorney fees. Accordingly, the R&R [Docket No. 36] is hereby affirmed and adopted as this court's Findings and Order. Plaintiff's Amended Motion for Attorney Fees Pursuant 42 U.S.C. § 406(b) [Docket No. 27] is granted and plaintiff's attorney is awarded fees in the amount of

$17,019.75 to be paid from funds withheld from Plaintiff's past-due benefits. Counsel is directed to refund to Plaintiff the amount of EAJA fees ($2,724.80) received by counsel pursuant to 28 U.S.C. § 2412. *Gisbrecht v. Barnhart*, 535 U.S. 789, 796.

IT IS SO ORDERED this 28th day of September, 2026.

Ronald A. White

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA